# United States District Court

WESTERN DISTRICT OF WASHINGTON

FILED _____ LODGED
_____ RECEIVED

APR 15 2010

UNITED STATES OF AMERICA
v.
SEONG UG SIN

FILED _____ LODGED
_____ RECEIVED
APR 1 5 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

**WARRANT FOR ARREST**

CASE NUMBER: MJ10-5062

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>SEONG UG SIN</u> and bring him or her forthwith to the nearest magistrate to answer a(n) Complaint charging him or her with:

Operation of a Vessel While Under the Influence of Alcohol

in violation of Title _46_ United States Code, Section(s) _2302(c)_

| Karen L Strombom | Chief Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Karen L Strombom | April 14, 2010 at Tacoma, Washington |
| Signature of Issuing Officer | Date and Location |

[Initials of MJ (if any)]
Bail fixed at _____ by _____

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ M/V STX DAISY in Port Angeles, WA harbor |

| DATE RECEIVED 14 Apr 2010 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 14 Apr 2010 | Juan R. Joy - Special Agent | /s/ Juan R. Joy |