Magistrate Judge Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: MJ10-5062 |
| Plaintiff, ) | NOTICE OF APPEARANCE |
| vs. ) | |
| SEONG UG SIN, ) | |
| Defendant. ) | |

TO: CLERK OF THE COURT
AND TO: JENNY DURKAN, United States Attorney for the Western District of Washington
AND TO: DAVID JENNINGS, Assistant United States Attorney

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE THAT Michael G. Martin of Siderius Lonergan & Martin, LLP, hereby appears for Seong Ug Sin in the above-entitled cause and request that all further papers and pleadings herein be served upon the undersigned

/

/

/

/

NOTICE OF APPEARANCE
MJ10-5062 (Sin) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805

attorney at the address below.

Dated this 19th day of April, 2010.

                                          SIDERIUS LONERGAN & MARTIN, LLP

_____/s/ Michael G. Martin_____
Michael G. Martin  WSBA #11508
Attorney for Seong Ug Sin
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

NOTICE OF APPEARANCE
MJ10-5062 (Sin) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA  98101
(206) 624-2800
FAX (206) 624-2805

CERTIFICATE OF SERVICE

I here by certify that on April 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the United States.

    /s/ Michael G. Martin
Michael G. Martin, WSBA # 11508
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

NOTICE OF APPEARANCE
MJ10-5062 (Sin) - 3

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805